A Class Action

FILED
01/28/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

Joshua W. Murphy

Hamzah Wali Abu Jihad

~~[scratched out]~~

vs

(Full name of defendant(s))

Head of I.R.S

Head of U.S Dept. of Treasury

Case Number:

2:21-cv-00066-JPH-MJD

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of **Indiana** (State), and is located at

**I.D.O.C WVCF Box 1111 Carlisle, IN 47838-1111**
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant **Heads of I.R.S. -w- U.S Dept. of Treasury**
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  I.R.S -N- U.S Dept. of Treasury
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or before 10-09-2020. Per direction of I.D.O.C's Legal Department. Pursuant to a Court order entered by a Court in Scholl-v.-Mnuchin No. 20-CV-05 309 (N.D. Cal. Oct 7, 2020). Chief District Judge 3rd Floor 1301 Clay St. Oakland, CA 94612. Judge Phyllis Hamilton ordering the I.R.S -N- U.S Dept. of Treasury to "Stop Witholding" "Care's Act" Stimulus Funds From Inmates. I was told by the Legal Department of I.D.O.C to get the Check's I had to be a "U.S Citizen" (1.), "I had to not Be claim on Any other Person's Return" (2.) "I

had to Have a Valid (SSN) "(3.)" "I Had to Have a in Come Less than $12.200" (4). First I'm a U.S Citizen Born to Melissa K. Murphy -N- Joel P. Chandler 8-21-1990. (1.). Was Not Claim on No Refund to the Best of my Knowledge or gave the ok to. (2.) my (SSN) 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 is Valid. (3.) I've Not Made But 25 cent a Day When I Had a Job in 2018 and my Family Has not sent No Money for me to Live off Do to the fact they Have No Money Do Job Lose Cuz of Covid 19, the Congress State Every Citizen get's the "E.I.P 2020" Federal Stimulus Check. I'm a Citizen of the U.S -N- a United State's District Court up-Held I Should Still get the Check Do do I'm being a "United State of America" by Birth. I mail my "1040" to Bout Address to the I.R.S -N- U.S Dept. of Treasury on or Before October-12-2020 Before the Set Deadline of October-30-2020 by U.S Postler Mail.

C.  JURISDICTION

[✓]  I am suing for a violation of federal law under 28 U.S.C. § 1331.
                        OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I Seek the 1,200$ Stimulus Checks Witheld by the I.R.S -N- U.S Dept. of Treasury, and my Court Fee's Pay, For the Witholding

E.   JURY DEMAND

☑  Jury Demand - I want a jury to hear my case
           OR

☐  Court Trial – I want a judge to hear my case

Dated this **01** day of **January** 20**21**.

Respectfully Submitted,

_____       أنا نبي جبار
Signature of Plaintiff

**149291**
Plaintiff's Prisoner ID Number

**I.D.O.C WVCF CCU Q110 P.O Box 1111**

**Carlisle, IN 47838-1111**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.